## In re McGINLEY.

Court of Appeals of District of Columbia. Submitted January 17, 1929. Decided February 4, 1929.

### No. 2113.

F. D. Gray, of Cleveland, Ohio, and R. J. Mawhinney, of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Board of Appeals.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This appeal is from the decision of the Board of Patent Appeals rejecting appellant's claims 2, 5, 6, and 9, for a device which shows a tray or table for serving refreshments, and which is so arranged that it may be hooked or clamped to the side of an automobile.

Claim 2 is sufficiently descriptive, as follows: "2. The combination of a flat receptacle having secured fixedly to its under surface three parallel spaced bars, certain of them having hooked rear ends for holding the receptacle upon the edge of a vertical support, and one of said bars secured to said under surface and having a portion spaced therefrom, and a brace member having an eye at one end thereof hingedly connected to said spaced portion loosely and capable of adjustment lengthwise thereof whereby the opposite end of said member may contact the said support and the eye may permit perceptable variation of the plane of said receptacle in its position on said edge."

Careful examination of the claims allowed convinces us that in view of the references, appellant has received all the protection to which he is entitled. We do not deem it necessary, therefore, to consider, in detail, the references cited, since, in our opinion, appellant's rejected claims were fully anticipated.

The decision of the Board of Patent Appeals is affirmed.